Filed on 11/20/2015 4:06:38 PM

**OFFICE OF STAN STANART**
COUNTY CLERK, HARRIS COUNTY, TEXAS
CIVIL COURTS DEPARTMENT

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/20/2015 4:09:46 PM
CHRISTOPHER A. PRINE
Clerk

November 20, 2015

1st Court of Appeals
301 Fannin
Houston, Texas 77002

**LETTER OF ASSIGNMENT**

Trial Court Docket Number: 1056402
Trial Court Number: One (1)

**Style:**

| | | |
|---|---|---|
| VALDO RODRIGUEZ, INDIVIDUALLY AND DBA ROLEM AUTO SALES | VS. | NORA AVILA |
| **APPELLANT(S)** | | **APPELLEE(S)** |

**Judge:** CLYDE R LEUCHTAG

**Appellant(s) Attorney:**
Ernie Garcia, No. 24072106
616 FM 1960 Suite 105
Houston, Texas 77090
Phone: (832) 305-7694
Fax: (832) 553-2984
E-Mail: N/A

**Appellee(s) Attorney:**
Elizabeth M. Bruman, No. 13882700
4560 Cypress Creek Parkway West, Suite 104
Houston, Texas 77069
Phone: (281) 583-0089
Fax: (281) 587-9342
E-Mail: N/A

Valdo Rodriguez, et al., appellants, filed a Notice of Appeal on November 11, 2015 from the Final Judgment that was signed on October 12, 2015.

A Motion to Modify Final Judgment was filed on November 6, 2015.

The Clerk's Record is due to your office on or before February 9, 2015.

/S/Joshua Alegria
Joshua Alegria
Deputy Clerk
P.O. Box 1525
Houston, TX 77251-1525
(713) 755-6421

1

FILED
11/11/2015 12:07:56 PM
Stan Stanart
County Clerk
Harris County

## NO. 1056402

| | | |
|---|---|---|
| NORA AVILA | § | IN THE COUNTY CIVIL COURT |
| Plaintiff, | § | |
| | § | |
| V. | § | AT LAW NO. 1 |
| | § | |
| VALDO RODRIGUEZ, | § | |
| INDIVIDUALLY AND DBA ROLEM | § | |
| AUTO SALES | § | |
| Defendants. | § | HARRIS COUNTY, TEXAS |

## NOTICE OF APPEAL

Defendant, Valdo Rodriguez, party to this case, files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order. The trial court, trial court case number and style of this matter are shown in the above caption. The judgment or order appealed from was signed on October 12, 2015.

Defendant desires to appeal the judgment entered against him. This appeal is being taken from the County Civil Court at Law Number 1, Harris County, Texas; to be sent to the 1st or 14th District Court of Appeals of Texas.

This notice is being filed on November 11, 2015.

Respectfully submitted by /

Ernie Garcia
Texas Bar No. 24072106
616 FM 1960, Suite 105
Houston, Texas 77090
Phone: (832) 305-7694
Fax: (832) 553-2984
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on November 11, 2015, a true and correct copy of the Notice of Appeal was served on the Plaintiff and the Co-Defendant.

Ernie Garcia

1

**2**

**"CLOSED"**

CAUSE NO. 1056402

NORA AVILA § IN THE COUNTY COURT OF
§
v. §
§ HARRIS COUNTY, T E X A S
Manuel Rodriguez, Individually §
VALDO RODRIGUEZ, INDIVIDUALLY, § COURT NO. 1
AND DBA ROLEM AUTO SALES §

## FINAL JUDGMENT

At the trial on this cause, all parties appeared through their attorneys of record and announced ready for trial. The judgment dated May 29, 2015 and the Order partially vacating the judgment dated July 22, 2015 are incorporated herein. After hearing the evidence and the argument of counsel, the Court hereby finds and it is:

ORDERED, ADJUDGED and DECREED that Nora Avila hereafter ("Avila") shall have and recover from Valdo (aka Wsbaldo and Osbaldo) Rodriguez dba Rolem Auto Sales and Rolem Auto Service and Manuel Rodriguez dba Rolem Auto Service, jointly and severally, the following sums:

1) the sum of $~~9,414.04~~ 7,700.00 CAC

~~2)~~ ~~statutory treble damages of $28,242.12 under the DTPA;~~ CAC

~~3)~~ ~~prejudgment interest on $9,414.04 from June 25, 2014 until judgment;~~ CAC

4) attorney's fees in the amount of $10,150.00, plus expenses excluding court costs of $498.15;

5) additional appellate attorney's fees of ~~$20,000.00~~ $10,000.00 if any Defendant unsuccessfully appeals this case to the Court of Appeals;

6) additional appellate attorneys' fees of ~~$15,000.00~~ $5,000 if any Defendant files a unsuccessful petition for review or appeal in the Texas Supreme Court;

7) court costs; and

8) post judgment interest shall accrue at 5% per annum, compounded annually.

Page -1-

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Avila shall have and *individually and severally* recover from Manuel Rodriguez additional attorney's fees in the amount of $14,594.50 and expenses of $995.31. It is further ordered that

All relief not expressly granted herein is denied. This judgment is final, disposes of all claims, causes of action, parties, and requests for relief, and is appealable.

Signed on ___October 12th___, 2015.

_____
PRESIDING JUDGE

**APPROVED:**

**LAW OFFICE OF ELIZABETH BRUMAN, P.C.**

By: _____
Elizabeth M. Bruman
State Bar No. 13882700
4560 Cypress Creek Parkway West, Suite 104
Houston, Texas 77069
Phone: (281) 583-0089
Fax: (281) 587-9342

ATTORNEY FOR NORA AVILA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all counsel/parties of record via the method indicated on this the _5th_ day of October, 2015, as follows:

*Attorney of Record for Valdo Rodriguez*
*Via E-mail Ernie.Garcia@attorneyeg.com and Facsimile (832) 553-2984*
Ernie Garcia
616 Cypress Creek Parkway, Suite 105
Houston, Texas 77090

*Attorney of Record for Manuel Rodriguez*
*Via E-mail hacattorney@cs.com and Facsimile (713) 236-9903*
Hector A. Chavana
2702 Little York Road
Houston, Texas 77093

Elizabeth M. Bruman

RECORDER'S MEMORANDUM:
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.